IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:17CR00003 |
| v. | ) | |
| | ) | All in violation of: |
| VALTEEN GREEN | ) | |
| | ) | Title 18 U.S.C. 1035 |

# INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. That on or between October 2012 and May 2016, in the Western District of Virginia, defendant VALTEEN GREEN, in a matter involving a health care benefit program affecting commerce, as defined by Title 18, United States Code Section 24(b), that is, the Virginia Department of Medical Assistance Services, also known as Medicaid, did knowingly and willfully make and use materially false writings and documents, knowing they contained materially false, fictitious and fraudulent statements, that is falsified time sheets that were submitted to Public Partnerships, LLC., the Fiscal Employer Agent for the Virginia Department of Medical Assistance Services in connection with the delivery of and payment for health care benefits and services.

2. All in violation of Title 18, United States Code, Section 1035.

Date: February 24, 2017

RICK A. MOUNTCASTLE
ACTING UNITED STATES ATTORNEY